NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30630
19-OCT-2010
11:13 AM**

NO. 30630

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

COUNTY OF HAWAI'I, Plaintiff-Appellee,

v.

H. KIMURA STORE, INC., et al., Defendants-Appellees,

and

MICHAEL TIERNEY, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 00-1-0377)

ORDER DENYING WITHOUT PREJUDICE
DEFENDANT-APPELLANT'S MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Appellant Michael C. Tierney's (Appellant) Motion for Reconsideration of the Order denying Appellant's Motion for Return of Property, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied without prejudice to the court considering any issues and arguments presented in the briefs.

DATED: Honolulu, Hawaiʻi, October 19, 2010.

Presiding Judge

Associate Judge

Associate Judge